In the Matter of MORRIS M. MILLER (Also Known as MORRIS MURRAY MILLER), an Attorney, Respondent.

First Department, December 13, 1940.

*Samuel L. Lewis* of counsel [*Einar Chrystie*, attorney], for the petitioner.

*John R. Davies* of counsel, for the respondent.

PER CURIAM. The respondent was found guilty by an official referee of charges of failing to account to his client for the latter's share of a settlement in the sum of $200. The referee stated, however, that he believed the respondent did not intend to defraud his client. In view of that and the additional fact that the respondent does not now dispute the findings of the referee but professes a keen realization of the gravity of his conduct, we are of opinion that a censure is sufficient punishment.

Present — MARTIN, P. J., O'MALLEY, TOWNLEY, GLENNON and UNTERMYER, JJ.

Respondent censured.